E-FILED
Monday, 29 January, 2018 04:57:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins                    )
                                  )
            Plaintiff             )
                                  )
      vs.                         )          Case No. _____
                                  )          *(The case number will be assigned by the clerk)*
R. Pfister, G. Pierce, M. Taylor, T. K Jellaswk )
M. Melvin, K. Davidson, MR. Zimmerm, L. Smith )
T. Kennedy, MR. Forbes, MR. Moreland, MR. Cox )
J. Evlkn, E. Ruskln, D. Hedrick, D. Jackson, )
B. Henderson, MR. Hobrers. Prentice, J. Vinson )
MR. Evans, J. Attig, E. vitt, A. Hildea, MR. Jenichs )
C. Evisey, J. Olson, P. Thorson, R. O. Jende )
B. Schmertz, MR. Kochel, MR. Sorensen, C. Hansen )
                                  )
            Defendant(s)          )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Joshua Hoskins

Prison Identification Number: R54570

Current address: pontiac correctionn center p.o.box 99 pontiac Il 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: RAndy Pfister

Current Job Title: WARden

Current Work Address Stateville correctionn center P.o.box 112 Joliet Il 60434

Defendant #2:

Full Name: michael melvin

Current Job Title: WARden

Current Work Address pontiac CORRectionn center P.O.box 99 pontiac Il 61764

Defendant #3:

Full Name: Teri Kennedy

Current Job Title: Assistant WARden

2

Current Work Address ꝑONHac CORRECHonM Center

p.o. box 99 pontiac Il 61764

Defendant #4:

Full Name: Emily Ruskin

Current Job Title: Assistant WARden

Current Work Address pontiac CORReeHonm center

p.o. box 99 pontiac Il 61764

Defendant #5:

Full Name: MR. HobARt

Current Job Title: Superintendient

Current Work Address pontiac CORReeHonm center

p.o. box 99 pontiac Il 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe this is the only inhumane conditions of confinement

lawsuit that I have filed dealing with the facts in this case if that's the question

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑        No ☐

C.  If your answer to B is yes, how many? __23__  Describe the lawsuit(s) below.

3

Defendant #6
full name: J. Attig
Current Job Title: Correctional Officer
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #7
full name: J. Olson
Current Job Title: Correctional Officer
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #8
full name: B. Schmelz
Current Job Title: Correctional Officer
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #9
full name: G. Pierce
Current Job Title: Correctional Officer
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #10
full name: K. Davidson
Current Job Title: Chief Investigator
Current Work Address: pontiac Correctional Center p.o. box 99 pentiac Il 61764

Defendant #11
full name: mr. Forbes
Current Job Title: lieutenant / Chief Investigator
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #12
full name: D. Hedrick
Current Job Title: Correctional Officer
Current Work Address: Pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #13
full name: S. Prentice
Current Job Title: Major
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #14
full name: E. Vilt
Current Job Title: lieutenant
Current Work Address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #15
full name: B. Henderson
Current Job Title: lieutenant
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #16
full name: P. Thorson
Current Job Title: lieutenant
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #17
full name: mr. Sorensen
Current Job Title: lieutenant
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #18
full name: m. Taylor
Current Job Title: lieutenant
Current Work Address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #19
full name: mr. Zimmern
Current Job Title: lieutenant
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #20
full name: mr. moreland
Current Job Title: sergeant
Current Work Address: pontiac Correctional Center, p.o. box 99 pontiac Il 61764

Defendant #21
full name: D. Jackson
Current Job Title: Correctional Officer
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #22
full name: J. Vinson
Current Job Title: Correctional Officer
Current Work Address: pontiac Correctional Center p.o. box 99 pontiac Il 61764

Defendant #23
full name: mr. Jenkins
Current Job Title: sergeant Correctional center p.o. box 99 pontiac Il 61764
Current Work Address: pontiac

Defendant #24
  fullname: A. Hlden
  Current Job title: medical Director (m.D.)
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #25
  fullname: R. Ojelade
  Current Job title: R. Ojelade is A physician Assistant (p.A)
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #26
  fullname: L. Smith (L. Smith)
  Current Job title: lieutenant
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #27
  fullname: C. Hansen
  Current Job title: nurse practitioner
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #28
  fullname: T. K Jellesvik
  Current Job title: Registered nurse (RN)
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #29
  fullname: mr. Evans (mr. Evans)
  Current Job title: lieutenant
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #30
  fullname: C. Eutsey (C. Eutsey)
  Current Job title: lieutenant
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #31
  fullname: J. Dennis Culkin
  Current Job title: Registered nurse (RN)
  Current Work Address: pontiac correctional center p.o. box 99 pontiac IL 61764

Defendant #32
  fullname: mr. cox (cox)
  Current Job title: correctional officer  Internal affairs officer
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #33
  fullname: mr. kochel (mr. kochel)
  Current Job title: correctional officer
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

1. Name of Case, Court and Docket Number **1:09-CV-5145**

2. Basic claim made **failuRe to pROtect**

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) ___the cAse settled ouT___

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not the defendants in this case and other staffs at the pontiac (I.D.O.C.) told me I was not allowed to utilize the pontiac/IDOC) greivince System to address staffsConduct. I sent a greivinces and greivinces to the A·R·B. with notices explaining that the A.R.B. sent my notices and greivinces bick Refusing to address my greivince

C. Is the grievance process completed? Yes ☐ No ☑ in support of my response to question B I spoke with counselors pemathin Werrer, Horton and moroney counseling staffs they told me that they was not gonna address my greivinces that was dealing with inhumane conditions of confinement, denial of human necessities and medical treatment because my greivinces was due to staffs Conduct. When It was their duties as greivince offices /counselors to address my greivinces and complaints and at all times told me they never recieved my grievinces directed to them that was dealing the issues stated in this complaint I at all times asked them to had made mention of that in their counseling summary reports so that I could have used their notes in support when I Refiled my greivinces showing good cause of why I had to do that and if It was done the beleed these counselors at all times denied my requests. I at all times did that and my request was denied. miseillaneous reasons was given

## V. STATEMENT OF CLAIM

Place(s) of the occurrence pontiac CORRectional center /Stateville CORRectional center

4

1. Name of case, court and Docket Number: Hoskins v. Dart etal
1:09-CV-5730  U.S. District court N.D. Ill

2. Basic claim made: Excessive force

3. Disposition: the case settled out

1. NAME of case, court and Docket number: Hoskins v. DART et al.
N: 09-cv-5915  U.S. Dist Court N.D. Illinois

2. BASIC CLAIM MADE: denial of medication  Eighth Amendment violation

3. Disposition: the case settled out

1, Name of case, court and Docket number: Hoskins v. DART et al. 1:10-CV-00676 U.S. Dist court N.D. Ill

2. Basic claim made: dismissed

3, Disposition: dismissed

1. name of case, court and Docket number: Hoskins v. Dart et al.
1:10-cv-00677 U.S. Dist court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAme Of CASe, Couet and Docket number: HosKIns v DARt etal.
1:10-CV-00702 U.S. Dist couet N.D. Ill

2. BAsic clAim mAde: dismissed

3. Disposition: dismissed

1. NAME of case, court and Docket number: Huskins v. Dart et al.
   1:10-CV-00703 U.S. Dist court N.D. Ill

2. BASIC claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Dart et al.
1:10-CV-00704 U.S. Dist court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Dart et al.
   1:10-cv-00705 U.S. Dist Court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and docket number: Hoskins v. Dart et al.
   1:10-CV-00706 U.S. Dist court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. NAME Of case, Court and Docket number: Hoskins v. Dart et al.
1:12-CV-4256  U.S. Dist court N.D. Ill

2. Basic claim made: dismissed

3. Disposition: dismissed

1. Name of case, court and Docket number: Hoskins v. Prentice et al.
1:15-CV-1134 U.S. Dist court C.D. Ill

2. Basic Claim made: Eighth & first Amendment violations

3. Disposition: Still pending

1. NAME of CASE, Court and Docket number: Hoskins v. pfister et al.
1:15-CV-1181 U.S. Dist Court C.D. Ill

2. Basic claim made: failure to protect & Retaliation

3. Disposition: Jury found in the favor of plaintiff
on the failure to protect claim against 1 Defendant

1. name of case, court and Docket number: Hoskins v. McCormick 1:15-CV-1182

2. Basic Claim made: Eighth Amendment violation

3. Disposition: dismissed & dismissed

1, Name of case, court and Docket number: Hoskins v. Attig et al.
1:15-CV-01202  U.S. Dist court C.D.Ill

2, Basic claim made: Inhumane conditions of confinement & Retaliation

3, Disposition: Still pending

1. Name of case, court and Docket number: Hosichs v. prentice et al.
1:15-CV-01248 U.S. Dist court C.D. Ill

2. Basic claim made: Eighth & first Amendment violations

3. Disposition:

1. Name of case, court and Docket number: Hoskins v tilden et al.

1:15-CV-01249 U.S. Dist Court C.D. Ill

2. Basic Claim Made: Eighth & First Amendment violations

3. Disposition: dismissed / terminated

1. NAME Of CASE, COURT and Docket number: Hoskihs v Dildty et al.
1:16-CV-00334 U.S. Dist court S.D. Ill

2. BTSIC CLAIm mAde: failure to protect, Retaliation, exessive force etc

3. Disposition: still pending

1. Name of case, Court and Docket number: Hoskins v. Dilday et al. 1:15-CV-00335 U.S. District court S.D. Ill please see case Hoskins v. Dilday et al. 1:16-CV-00334 U.S. Dist court S.D. Ill

2. Basic Claim Made: please see case Hoskins v. Dilday et al. 1:16-CV-00334 U.S. Dist court S.D. Ill

3. Disposition: please see case Hoskins v. Dilday et al. 1:16-CV-00334 U.S. Dist court S.D. Ill

1. NAMe Of cAse, court and Docket number: Hoskins v. Spiller et al.
   1:16-CV-01232 U.S. Dist Court S.D. Ill

2. BASic ClAim mAde: Retaliation, Excessive force etc

3. Disposition: stIll pending

1. NAME of case, court and Docket number: Hoskins v. spiller et al. 1:16-CV-01409 U.S. Dist court C.D. Ill   Please see case Hoskins v. spiller et al. 1:16-CV-01232 U.S. Dist court S.D. Ill

2. BASIc claim made: please see case Hoskins v. spiller et al. 1:16-CV-01232 U.S. Dist court S.D. Ill

3. Disposition: please see case Hoskins v. spiller et al. 1:16-CV-01232 U.S. Dist court S.D. Ill

1, Hoskins v. Spiner et al. 3:17-cv-01121

2, Basic Claim made: Retaliation and other claims

3, Disposition: the case still pending

1. Hoskins v. Eonaidl et al. 3:17-cv-01122
3:17-cv-01122

2. Basic claim made:

3. Disposition: the case still pending

1, Hoskins V. unKnown pARty  1:18-cv- 00221
                              3:18-cv- 00005
                              3:18-cv-00005

2. Basic claim made:

3, Disposition: the case still pending

Date(s) of the occurrence  JanuARY 2017 - NOVember 28th 2017

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1.) On 3/19/17 while I was temporarily housed at the Stateville c.c.& N.R.C. on a courtwrit transfer from menard (I.D.O.C) during the morning warden R. pfister came to my cell NRC B106 told me that he didn't want me housed at his facility due to him knowing that I wrote grievances, due to him knowing that I had written grievances on him when I was housed at the pontiac (I.D.O.C.) and filed a lawsuit against him (him) when he was the warden at pontiac when I was housed there warden R. pfister stated that he was gonna have me transferred to pontiac (I.D.O.C) during the begining of apell 2017 to be mistreated by wardens melvin, Kennedy, Ruskin, MATor prentice, officer Attig and other staffs as he had discussed with them. warden pfister stated that once he had me transferred to pontiac and knew what he had planned to make sure what had happend to me at pontiac was gonna show me what he could have had done to me at another Institution that he wasn't assigned to and didn't have to be at the pontiac I.D.O.C in order to have me mistreated. he said he was gonna make sure that my cell conditions was at all times unsanitary agsth and would have madeure that I never received showers hygeine necessities and other humm necessities. warden pfister stated that he was gonna have his staffs to fabricate some Disciplinary reports and incident reports agsths me to make it look like the transfer to pontiac (I.D.O.C) was due to a disciplinary issue/reason because he knew by me being a prisoner who sued prison officials I would have challenged him in court due to him retaliating agsths me transferring me out of his facility. warden Randy pfister told me on a prior date in January 2017 at the Stateville N.R.C. during the morning that he was gonna send me on a special transfer to pontiac c.c.(I.D.O.C) so that I could have been placed In unsanitary cells and denied all hygeine items and showers and he was In the process of doing that since I sued him and others staffs when he was the warden at pontiac (I.D.O.C.)

5

It should be noted that on 1-8-18 officer cox stated that he intercepted a written complaint that I had directed to the chief investigator about a officer cox who was on 5 gallery in the north cell house removing another inmate who told me that he was keeping me in a cell that was contaminated with feces glue to grievances that I had written on officer Attig Kirks prior he (cox) stated then that me(cox) who told you that

he had stated that he was in contact with pontiac (I.D.O.C.) wardens melvin, kennedy, Rusich, major susan prentice, investigators Davidson olson Attig and others who remembered me from putting complaints against them when I was at the pontiac (I.D.O.C.) warden pfister stated that it was gonna be hard for me to prove their conduct because nothing was gonna be on the record as to why I was transferred based on the (reasons) of why he was gonna have me transferred back to pontiac (I.D.O.C.) he (pfister) stated that he was gonna have me transferred to pontiac (I.D.O.C.) to be mistreated because he knew I was gonna be mistreated the way he requested and knew his staffs at stateville (I.D.O.C.) wouldn't have mistreated me the way I would have been mistreated by his Buddies at pontiac (I.D.O.C.) as he had discussed with pontiac (I.D.O.C.) wardens melvin, kennedy and others he stated that he was gonna makesure that my transfer to pontiac (I.D.O.C.)
(4)
a unexpected out of the blew transfer he stated he was gonna have some of his stateville (I.D.O.C.) staffs to fabricate some serious Disciplinary reports and incident reports against me that would follow me to pontiac (I.D.O.C.) so that all the pontiac (I.D.O.C.) staffs could review them and knew how those staffs would use them against me to mistreat me and knew how him and those staffs disciplined Inmates at pontiac (I.D.O.C.) due to their conduct towards I.D.O.C. and I of the ways they disciplined Inmates was housing Inmates in unsanitary cells, not being allowed cleaning material, showers and hygiene supplies he (pfister) stated Hoskins you already know this you know how we treated you when you was at pontiac (I.D.O.C.) you got it coming again this transfer to pontiac is gonna be out of the blew on a day you not gonna expect a transfer to pontiac (I.D.O.C.) Multiple, numerous of security staffs & security supervisors at the stateville c.c (I.D.O.C.) from January 2017 to april 2017 on each shifts was tell in me when they provoked and threaten me that warden pfister was gonna send me to pontiac c.c. (I.D.O.C.) to be mistreated and he had told each of them how I would have been mistreated and how I didn't like how he (pfister) treated me when I was at pontiac (I.D.O.C.) and I knew how I would have been mistreated by pontiac (I.D.O.C.) staffs if I was to be housed back at the pontiac correctional center (I.D.O.C.)
(2) during the morning at stateville c.c. (I.D.O.C.) N.R.C on april 6th 2017 while being prepared and being enroute to pontiac c.c (I.D.O.C.) stateville (I.D.O.C.) staffs had told me that warden pfister told them that he was sending me to pontiac (I.D.O.C.) to be mistreated by pontiac (I.D.O.C.)

6

It should be noted that on the date of 1-8-18 officer cox admitted to being the officer cox who I had brought my inhumane conditions of confinement issues and issues with staff conduct to on 6/29/17 when he stood at a cell two doors down from my cell (N507) tellin me that he was not allowing me to receive showers, cleaning material, nor hygeine items since I had grieved officer Attig who he work with desers prior. and for more persons.

Staffs as set forth in paragraphs below and that he had told them that he (pfister) had told me that in march 2018 & january 2017. once I arrived at the pontiac (I.D.O.C) While being in the health care unit (H.C.U.) urgentcare room medical Director A. tilden stated to me I (tilden) see you back I was told that you was on your way back to pontiac Just to let you know which you should know and remember I barred you from receiving medical treatment so if you dealing with any medical health issues due to your conditions of living at pontiac and period dont bother to send any sickcall slips to this H.c.U (Health care unit) through my cellhouse nurses nor medical technicians trying to get medical treatment because you will not receive any treatment from us (health care unit) and I will post that throughout this health care unit and my cell house medical staffs including (including) the security staffs & supervisors would know (knew) about this (that) you know why you on my bad side. while walking down northcellhouse five gallery officer B. schmeltz was observed by me (Hoskins) sitting on the bed in a cell he (schmeltz) observed me and immediately shouted to me there you go Hoskins warden pfister told us that he was sending you back here. per me (schmeltz) and everybody else we are not allowing you to receive showers, hygeine supplies sanitation cleaner, laundry service or shit (other human necessities) else that we know you need your toilet and sink will be turned off we putting you in 507 cell where its plaxi glass over the cell door you gonna be in that cell hot this summer watch. we made sure that you dont receive shit (human necessities) I (schmeltz) cant wait for officers pierce Attig, Olson and Everybody else who been waiting on you to see you. on the dates 5-3-17 & 7-25-17 during the morning in the north cellhouse I had interactions with officer schmeltz had an interaction with him on 6/6/17 during the morning while I stood at the visiting room door window had a interaction with officer schmeltz on 9-14-17 during the morning in the east complex building and another interaction with him in the north cell house during the morning In the north cell house officer schmeltz stated to me on all these occassions that he wasnt allowing me to receive showers cleaning material, toilet tissue hygeine necessities medical treatment yard. clothing or shit and told all northcellhouse staffs not to had provided me with shit since I had filed a lawsuit on him and for allegely threatening to kill a lieutenant at stateville (I.D.O.C.) (3.) on 4-12-17 shortly after 6:20 am while sitting in the administration building officer

7

(It should be noted that on 6/29/17 when officer Cox was outside of my cell, cells-down yelling at me-this officer Cox I dentified his name admitted to knowing about my health issues, inhumane conditions of confinement issues that was caused by staff conduct and stated he received all my Kites about those issues but was gonna-make me suffer giving Retaliatory Persons. he was in my cellhouse to remove another inmate) out of his cell.

attig observed me. officer Attig stated to me-that he was gonna makesure that I had drunk it O+ water for the summer. officer schmeitz told me he saw you walking down the gallery (Referring to whats stated in paragraph #3) we gonna ask MAJOR prentice to turn your coldwater off and toilet off. officer Attig stated all northcellhouse (NCH) staffs on each shifts was told by him other staffs to not allow me to get showers, hygeine supplies. not allow me to clean my cell. go to the yard or get shit (other humannecessities) and that was told by him and other staffs before I arrived here once warden pfister at stateville (I.D.O.C.) told him MAJOR prentice, officer schmeitz (schmeitz) wardens melvin, kennedy, Ruskin, and chief investigator Kelly Davidson that I (Hoskins) would have been enroute here (at pontiac) he stated that he was gonna makesure that I had regretted my conduct towards the stateville & NRC lieutenant scott and other staffs at stateville C & NRC all this year (2017) officer Attig stated to me that him other staffs from their intelligence unit & internal affairs units had reviewed tickets & incident report that was authored by lieutenant scott and other staff all this year (2017) and in the months march and apell of this year (2017) officer Attig had further stated that he was gonna makesure that my conditions of confinement was unhealthy while I stayed housed in the northcellhouse since he was told by stateville CC & NRC. warden pfister and reviewed tickets & incident report that stated I was a threat to stateville staffs and became combative towards them officer Attig stated that they all was gonna make me pay for it while I was housed in the north cellhouse. when I saw officer Attig on 5-2-17 during the morning in the north cellhouse and saw him (Attig) again (again) during the morning in the east complex building he had stated to me officer Attig had stated to me on that date 5-2-17 Hoskins you see im a man of my word and I get what I want you see how I got you placed in youreell not being able to flush the shit (feces) (feces) and piss (urine) down your toilet I got it where you cant get showers, hygeinesupplies get clean clothing sanitation supplies or shit (other humannecessities) we've told all the staffs over here (North cellhouse) that its at our discretion when you will be able to get and be housed like the other inmates this is how you gonna be treated by me my boss Kelly Davidson my partners pierce, Hedrick, Olson, schmeitz, forbes and Everybody else me (Attig) warden pfister MAJOR prentice and Everybodyelse had held nice discussions about you this is what we

8

it should be noted that during the 6/29/17 and 1/8/18 interactions I had with a officer cox he stated their intern affairs & intelligence units made me go from 4-6-17 - 11-28-17 not being allowed to receive medical treatment, showers, hygeine items being housed in contaminated cells with feces and other bodily fluids, didn't bother my living conditions like they was suppose to due to geleannes officer Attig told him I put on him xerts prior including other retaliatory reasons

(gonna give you especially since you put lawsuits againts me (Attig) my partner Olson major prentice, warden pfister and officer Schmeltz we gonna make sure you'll stop filing court complaints (actions) againts us and stop sending written kites to our investigation units anything you send to Kelly Davidson she at all times let us read them we her guys you fucking fool you know how she feel about you which she've showed you years ago when you was down here that she didn't care about you. On the date 9-14-17 officer Attig stated to me that if I had sued him again the only thing he had to state is that he had a totally different job description had no control over how I was housed and was gonna state alot more he stated it's been over five months since we restricted you from being housed healthy. (4.) on 4-12-17 shortly after 6:40am while sitting in the back of the gate house in a courtwelt transportation van officer Olson had observed me in the van as he walked past the van and told me again on 9-14-17 during the morning while being in the east complex building officer Olson stated to me that he had made sure that while I was housed in the north cell house (NCH) that I received no tollet tissue, showers, yard, cleaning material hygeine items or shit since I had filed a lawsuit on him and he had been receiving information from his northcell house co-workers that I had been restricted from all the human necessities as he had requested he stated more to me on those two dates (4-12-17 & 9-14-17) (5.) on 5-3-17 & 5-5-17 during the morning in the northcell house when superintendent mr Hobart came on my housing gallery five (5) he stated to me on both dates that major prentice investigators officers Attig & Schmeltz and other staffs had told him. Chief investigator Kelly Davidson and others that they had turned off my sink where I couldn't have drunk no water he was happy with that and made sure that my conditions stayed that way while being housed in the northcell house and his reasons of doing that was due to him reviewing incident reports & tickets from march & April 2017 from Stateville showing that I was combative and became a threat towards the Stateville (I.D.O.C) security supervisors & staffs superintendent Hobart gave other retaliatory reasons of why he was gonna mistreatment and continue to mistreat me and that was due to grievances that I had filed againts counselor Simmons officer Attig Davidson and prentice years prior. superintendent Hobart also stated that he was

9

made aware from Attig, Prentice and Schmeltz that they had turned off my toilet where I couldn't & wouldn't been able to flush the feces, urine and other body fluids down the toilet. On that date 5-5-17 Superintendent Hobart had stated to me that he had just left the investigation unit office speaking (spoke) with investigators officers Olson, Attig Davidson Schmeltz, Pierce, Hedrick that he was aware of all the kites that I had sent (directed) to Chief investigator Kelly Davidson complaints that was regarding my inhumane conditions of confinement issues, health issues and the staffs conduct. Mr. Hobart stated as you (Hoskins) knew she (Davidson) could have helped you but what makes you believe she will when you have filed lawsuits againts two of her investigators Olson & Attig She (Davidson) told us to tell you fuck you. And thats how we gonna screw you by saying fuck you. You gonna stay in that cell not being able to flush the feces and urine down your toilet, your sink is gonna stay off where you will not be able to wash up nor drink any water. I (Hobart) told all the north cellhouse (NCH) staffs that you is not allowed to go to the yard, get showers, get sanitation weekly supplies, soap toothpaste toothbrushes or shit (other human necessities) and I know you know I'm not just talking you know how we got down on you in the past. Internal affairs officers Attig & Olson is my (Hobart) buddies you filed lawsuits on them both so I'm gonna get you back for that my staffs at my request's gonna keep your toilet off where you cant flush the urine nor feces down you will not get showers, hygeine cosmetics nor shit else that we know you in need of and Chief investigator Kelly Davidson, officers Attig, Olson, Hedrick, Pierce, lieutenant Forbes and other staffs from the investigation unit is by our side and is gonna make sure that we dont get disciplined we have no worries nor any disciplinary sanctions coming behind our conduct towards you (6) On the dates 4-14-17, 5-22-17, 6-6-17, 7-5-17 and on multiple other occassions in the north cellhouse when I had interactions with MAJOR ms. Prentice she stated to me on those dates and on the date of 4-14-17 during the 7 to 3 shift in the north cellhouse (NCH) MAJOR Prentice stated the same exact thing that officer Attig had stated to me as stated in paragraph #3 and stated she was told by lieutenant P. Thorson of what he had told me on that day of 4-12-17 (see paragraph #10) MAJOR Prentice stated to me that she was pissed off about reviewing

10

~~tickets and incident reports that was sent to pontiac that was authored by stateville~~
~~C.C. staffs stating that I was combative towards staffs, made threats of becoming~~
violent towards staffs and threaten to kill a lieutenant at stateville in the months of march
2017 and april 2017 she stated ~~that she was gonna treat me like shit all over again~~
~~for that and for other retaliatory reasons~~ while I was housed in her north cellhouse
she stated that she was having my cell toilet turned off as she had talked over with
officers Attig & schmeltz so that I could have been forced to smell my on shit (feces)
and piss (urine) in a hot ass cell behind a perforated solid steel door with plexi glass
over it she stated that she was not allowing me to receive no sanitation supplies
to clean my cell with nor any hygeine supplies and showers to clean my ass (body) and
she had me placed in that nasty ass cell to fuck me over. major prentice stated
that warden pfister told her, their wardens melvin kennedy, ruskin, officers Attig & schmeltz
and others that I was coming to pontiac and for them to had made sure that they got down
on me didnt allow me to receive non of my human necessities like they had done before
when I was housed at pontiac in the years 2014 & 2015 major prentice stated that she
had left notes in the officers cage in the north cellhouse and had verbally told all the
staffs not to let me take showers, get hygeine supplies or shit until her Attig, wardens
melvin, kennedy, ruskin, chief investigator Kelly Davidson, officers schmeltz pierce, from
the intelligence unit told all the north cell house staffs to had taken me off doggie treatment
or if warden pfister had contacted them from stateville asking ~~that they leave~~ (left)
me alone and that I had better been glad she didnt put me in a cell that had feces &
blood in it at that time in april like she did years prior its more dates and details
to her (prentice) conduct (7.) on 4-19-17 during the morning in the north cell house
assistant warden ms. teri kennedy and Emily Ruskin had came to my cell. during
the 3 to 11 shift in the north cell house on 4/26/17 assistant warden Teri kennedy
came to my cell came to ~~in~~ the vicinity of my cell during the 3 to 11 shift in the
north cell house again on 7-28-17  I had a interaction with wardens melvin
kennedy and ruskin during the morning on 7-13-17 while being on the walk
during the 4-19-17 interaction I had with both kennedy & Ruskin while they

was present at my cell (N507) I had identified my inhumane conditions of confinement issues and denial of all human necessities complaints to them both (Kennedy & Ruskin) assistant warden teR) Kennedy stated off trust me Hoskins we know all about it and this what you gonna get we had (held) a long talk with warden pfister before you got here (at pontiac). assistant warden Emily Ruskin stated yeah a very long talk with him (pfister) we gonna makesure you dont go to the yard. showers get hygeine supplies nor shit and them and other staffs have told all the northcell house staffs not to give you non of your hygeine products nor shit assistant warden Kennedy stated Hoskins you remember before you left pontiac I was a counselor, your counselor who you used to put grievances agints now i'm (Kennedy) the warden I'm gonna show you what I could do to you and show you what pay back and get back mean I swear you gonna stay living in each of your northcellhouse cells living nasty & smelling yourself we gonna make you vomit and live in it you wiant be able to shower clean your body nor cells nor wash your clothing if you have any watch during the 4-26-17 interaction that I had with assistant warden Kennedy She stoped at my cell (N507) and stated that her, chief investigator Kelly Davidson and other staffs had held a meeting about me I immediately told her that ants spiders, roaches and other bugs was all in my cell crawling on my body leaving bumps blisters and due to my toilet being turned off where I couldnt flush it that had caused me to smell the terrible fumes of feces & urine that had been piling up in my toilet that I wasnt being allowed to flush my toilet. was being denied showers hygeine supplies weekly sanitation disinfectant cleaner, laundry services and yard ass istant warden Kennedy stated you know we know that shit you was told by all of us of why you was being housed the way you were you remember what me (Kennedy) and assistant warden Ruskin told you last week. warden pfister sent you here to be mistreated i'm getting you back for writing all those grievances and complaints to the A.R.B. (Administrative Review board) on and about me so I " (Kennedy) continue to makesure you dont get showers, hygeine supplies, sanitation supplies, laundry services nor shit else and I " makesure your toilet stay cut off where you cant flush the shittle toliet you gonna eat through this shit and i'm glad officers Attig schmeitzand major prentice came up with that Idea. during the interactions I had with wardens melvin, Kennedy & Ruskin on 7-13-17 warden

12
●

Melvin yelled Hoskins you've been sending me kites complaining about your cell conditions, being denied showers, laundry services, cosmetics and shit for months you see I havent responded that let you know I know and dont give a fuck I told all of my staffs in the north cell house not to allow you to receive weekly showers hygeine necessities, laundry services, cleaning material or shit while you at pontiac since you had filed a lawsuit againts me grievances againts my investigator officer Attig and my assistant warden Kennedy years ago when she was your counselor we knew warden pfister was gonna send you here before you arrived here and you will not have proof of the arrangments that was made and who made them to get you sent here to pontiac as discussed with warden pfister prior to you being transferred here to pontiac he (pfister) told us that he told you twice early this year that he was gonna send you here its a lot that I know Just like I know how bad we have caused your health while having to be housed how we got you housed and you will not be getting medical treatment either. Warden Emily Ruskin stated you screwed the entire time you gonna be housed here in pontiac. Assistant warden Kennedy stated Just watch during the interaction I had with assistant warden Kennedy on 7-28-17 she stated she knew I was gonna try to sue them so she made sure that her buddies in their health care unit medical director A. Hiden, physician assistant R OJelade, RN (registered nurses) Jade Drilling cuikin & traci K Jellesvik didnt provide me with treatment nor filed any sick call slips that I had directed to their health care unit she stated what RN's Jade & traci told me during the interactions that I had with them and repeated from word to word what they had told to me (see paragraphs #22 & 23     ) she told me she spoke with p.A OJelade and repeated what he had told me during the interactions I had with him (see paragraph# #24     ) assistant warden ms teri Kennedy told me she had also spoken with medical director A. Hiden and he had told her what he had told me (see paragraph #25     ) she said with her having all of that information from each of them if I was to challenge their conduct towards me in court stating that their conduct had caused a bad impact on my health I wasnt gonna have no evidence from their health care unit stating that I had issues due

13

to my inhumane conditions of confinement issues. She had further stated that Registered nurse Jade Drilling culkin, medical director A. Hiden, nurse practitioner C. Hansen and physician assistant (P.A) R. Ojelade told them (Kennedy & other staffs) that they had never documented my complaints that I had made to them and health issues that was caused as a result of my inhumane conditions of confinement & denial of all human necessities. assistant warden kennedy had further stated that physician Assistant Ojelade had told her (Kennedy) and chief investigator ms. Kelly Davidson that they had at all times distroyed all of my sick call slips that detailed my complaints about my inhumane conditions of confinement and health issues caused as a result of my conditions of confinement (8) On 4-12-17 during the early morning while being in the administration building, 5-18-17, 6-23-17, 6-30-17 during the early morning in the north cell house (NCH) I had interactions with lieutenant MR. Eutsey on those dates and on alot of other dates. On the date of 4-12-17 lieutenant Eutsey stared me down snarling up his face at me stating we heard warden pfister had you at his stateville NRC and was gonna eventually send you here which he stuck to his word. You filed that lawsuit aghinst me after you had left pontiac institution in 2015 year you didnt want to do it while you was here. but since you came back Im gonna makesure that you dont receive no showers, cell sanitation supplies, hygeine items, clothing items or shit I promise you that im in the process of letting all my north cell house staffs know not to give you shit to clean your ass (Body) and cell with Im gonna make you regret that you sued me. warden pfister had us prepared waiting for you. you gonna get treated like we treated you in the years 2014 & 2015 when you was down here in pontiac housing you In cells thats contaminated with shit (feces) piss (urine) and other body fluids you wantbeable to clean yourself nor your living areas in the north cell house watch. during the 5-18-17 interaction that I had with lieutenant C. Eutsey I called his name identifying my name to him he immediately stated that him warden melvin, Investigators pierce & Hedrick was recently discussing me how they all was gonna makesure that I never had received showers, hygeine items, cleaning material, laundry service, yard, clothing as long as I was housed in the north cell house and when I got to the west cell house lieutenant Eutsey stated me (Eutsey) and Officer Attig is getting you back for suing us and our co-workers and they told all the north cell house and west cell house staffs not to provide you with shit. during the 6-23-17 & 6-30-17 interactions that I had with lieutenant Eutsey he stated that he knew that my unsanitary cell environment and denial of showers and cosmetics had caused a bad impact on my health from talking with RN's Jade Drilling culkin, traci K Jellesvik, physician Assistant Ojelade and medical director A. Hilden who told him that they wasnt providing me with medical treatment but he didnt give a fuck was still gonna let me go without showers, yard, cleaning material, laundry service, hygeine items and all since I had filed a lawsuit on him officer Attig and major prentice and constantly sent kites to mental health professional (MHP) ms. molinero and others complaining about the unsanitary conditions that they (Eutsey & other staffs) had me (living in). (9.) On 5-23-17 on 6-6-17 and on multiple other occassions during the morning in the north cell house (NCH) I had multiple interactions with lieutenant E. vlit during the 5-23-17 interaction I had with lieutenant MR. E. vlit stated to me that him (vlit) officers olson, Attig, pierce, Hedrick from I.A (internal affairs unit) chief investigator Kelly Davidson, warden

-14-